**Affidavit in Support of Criminal Complaint for Jose DELGADO-Pascual**

I, Braden Moore, Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations Special Agent, being duly sworn, deposes and says:

## INTRODUCTION

1. Braden Moore, hereinafter referred to as your affiant, is a law enforcement officer of the United States (U.S.) within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code (U.S.C.) § 1326.

2. Your affiant is a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). Your affiant has been so employed since December of 2023 and is presently assigned to the Louisville, Kentucky (KY) Assistant Special Agent in Charge (ASAC) Office. Prior to that, your affiant was assigned as an HSI Special Agent to the Eagle Pass, Texas (TX) ASAC Office for approximately one year. In Louisville, KY and in Eagle Pass, TX, your affiant's duties included the enforcement of various violations of immigration and criminal laws. Your affiant received approximately 960 hours of training at the Federal Law Enforcement Training Center in Glynco, Georgia (GA). During this training, your affiant learned to conduct, enforce, and present criminal and immigration investigations. Your affiant attended Embry-Riddle Aeronautical University, where your affiant received a bachelor's degree in Homeland Security.

3. This affidavit is based upon your affiant's personal knowledge and upon information reported to your affiant by federal and local law enforcement officers and others with

1

knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## SUMMARY OF PROBABLE CAUSE

4. On October 10, 2025, DHS ICE Enforcement and Removal Operations (ERO) encountered Jose DELGADO-Pascual without documents conferring legal status to be present in the United States. The encounter occurred at the United States Citizenship and Immigration Services (USCIS) Application Support Center (ASC) located at 10023 Forest Green Blvd, Louisville, KY 40223, which is in the Western District of Kentucky. Checks in immigration databases revealed that DELGADO-Pascual is a citizen of Mexico, has one Voluntary Return, one Expedited Removal, and one Final Order Reinstatement on record, prior to his encounter on October 9, 2025, in Louisville, KY. These records are associated to DELGADO-Pascual biometrically.

## PROBABLE CAUSE

5. On December 16, 2009, ERO encountered Jose DELGADO-Pascual at the Hardin County Detention facility where DELGADO-Pascual was incarcerated for non-payment of fines and contempt of court. ERO found DELGADO-Pascual to be present in the United States without admission, inspection, or parole by an immigration officer. ERO charged DELGADO-Pascual with being an inadmissible alien under Title 8 United States Code Section 1182(a) referring to the Immigration and Nationality Act Section 212(a)(7)(A)(i)(I). DELGADO-Pascual requested a hearing before an Immigration Judge, which was granted. The immigration Judge dismissed DELGADO-Pascual's case and granted DELGADO-Pascual a Voluntary Departure from the United States to Mexico.

6. On September 12, 2015, United States Border Patrol (BP) encountered Jose DELGADO-Pascual nearby to Douglas, Arizona. BP found DELGADO-Pascual to be present in the United States without admission, inspection, or parole by an immigration officer. BP processed DELGADO-Pascual as an Expedited Removal, conferring a Final Order on DELGADO-Pascual's record. BP removed DELGADO-Pascual from the United States to Mexico.

7. On December 24, 2015, United States Border Patrol (BP) encountered Jose DELGADO-Pascual nearby to Nogales, Arizona. BP found DELGADO-Pascual to be present in the United States without admission, inspection, or parole by an immigration officer. BP processed DELGADO-Pascual as a Reinstatement of a Final Order. BP removed DELGADO-Pascual from the United States to Mexico.

8. On September 29, 2025, United States Citizenship and Immigration Services in Louisville, KY notified ERO in Louisville, KY regarding an applicant for immigration benefits, Jose DELGADO-Pascual. USCIS performed routine immigration checks and determined that DELGADO-Pascual was present without legal status in the United States. USCIS referred DELGADO-Pascual's case and lack of immigration status to ERO. ERO confirmed that DELGADO-Pascual did not enter the United States with permission, inspection, or parole, and was illegally present in the United States as an alien.

9. On October 9, 2025, ERO, along with HSI and other Federal Agents, encountered Jose DELGADO-Pascual at the USCIS ASC located at 10023 Forest Green Blvd, Louisville, KY 40223. The Federal Agents approached DELGADO-Pascual as he was waiting in the lobby, informed DELGADO-Pascual that they were immigration officers, and proceeded to apprehend DELGADO-Pascual.

10. DELGADO-Pascual is a citizen of Mexico. Neither ERO, nor HSI have found in databases or have reason to believe that DELGADO-Pascual received permission from the Attorney General of the United States or Secretary of Homeland Security to re-enter the United States following his September 12, 2015, or December 24, 2015, removals.

## CONCLUSION

11. Based on the information contained in this affidavit, your affiant believes there is probable cause to support the conclusion that Jose DELGADO-Pascual, is a noncitizen who has been located in the United States in Jefferson County, Kentucky, on October 9, 2025, after having been previously removed from the United States and has violated Title 8 U.S.C. § 1326(a)(1) and (2).

/s/ Braden Moore

_____
Braden Moore
Special Agent
Homeland Security Investigations
Enforcement and Removal Operations
Louisville, KY

Sworn to me telephonically pursuant to Fed. R. Crim. P. 4.1 this __14th__ day of October 2025.

_____
Hon. Regina S. Edwards
United States Magistrate Judge

4